JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO A. MELENCIANO, | Case No. 5:13-cv-02135-CAS (SPx) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| PERSOLVE, LLC D/B/A ACCOUNT RESOLUTION ASSOCIATES, | |
| Defendant. | |

Based upon the Joint Stipulation and Motion for Dismissal, and for good cause appearing, the Court GRANTS the Joint Stipulation and Motion for Dismissal. This action is DISMISSED WITH PREJUDICE, in its entirety and as to all defendants.

It is SO ORDERED.

Dated: December 12, 2014

*[signature: Christina A. Snyder]*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE